261 So.2d 757

**In re Frankie R. PUTNAM and Mary Lou Putnam**

**v.**

**CITY OF HUNTSVILLE, a Municipal Corporation.**

**Ex parte Frankie R. Putnam and Mary Lou Putnam.**

**8 Div. 481.**

Supreme Court of Alabama.

April 27, 1972.

Roscoe Roberts, Jr., Huntsville, for petitioner.

Robert Willisson, Jr., Huntsville, opposed.

MERRILL, Justice.

Petition of Frankie R. Putnam and Mary Lou Putnam for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Putnam and Putnam v. City of Huntsville, a Municipal Corporation, 48 Ala.App. 33, 261 So.2d 754.

Writ denied.

HEFLIN, C. J., and LAWSON, HARWOOD and MADDOX, JJ., concur.

256 So.2d 154

**In re Eugene REAVES, alias**

**v.**

**STATE.**

**Ex parte Eugene Reaves, alias.**

**6 Div. 939.**

Supreme Court of Alabama.

Dec. 30, 1971.

Eugene Reaves, alias, pro se.

William J. Baxley, Atty. Gen. and John A. Yung, IV, Asst. Atty. Gen., for the State.

McCALL, Justice.

It does not appear that application for rehearing was made to the Court of Criminal Appeals. Moore v. State, 274 Ala. 276, 147 So.2d 835.

Petition stricken.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and MADDOX, JJ., concur.